**Order filed July 2, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00642-CR
_____

**MATTHEW ALFRED FRIEDSAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 09CR3167**

## ORDER

On June 12, 2012, this Court rendered its judgment reversing the trial court's judgment and rendering judgment acquitting appellant Matthew Alfred Friedsam and dismissing the indictment.

On June 13, 2012, appellant, Matthew Alfred Friedsam, filed a motion requesting this Court to set reasonable bail. TEX. CODE CRIM. PROC. ANN. art. 44.04(h). On June 15, 2012, this court directed appellant to file a supplement to his motion by June 21, 2012, to address the factors identified in *Aviles v. State*, 26 S.W.3d 696, 699 (Tex.

App.—Houston [14th Dist.] 2000, pet ref'd), and we directed the State to file any response to the motion by June 27, 2012. Appellant filed a supplement to his motion on June 21, 2012 addressing all of the *Aviles* factors. As of the date this order is being issued, the State has not filed a response to the motion asking this court to set bail; has not filed a motion for rehearing of this court's June 12, 2012 judgment and opinion; and has not filed a motion for rehearing en banc of this court's June 12, 2012 judgment and opinion.

We find appellant's motion meritorious, grant the motion, and **ORDER** the appellant, Matthew Alfred Friedsam, released on bail upon his giving good and sufficient bond, signed by appellant as principal and with sureties as required by law, in the sum of $2,500.00, pending final disposition by the Court of Criminal Appeals or the expiration of the time in which to file a petition for discretionary review.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison